UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AHMAD R. JOHNSON,
a/k/a AIMARASHA JOHNSON,

    Defendant.

Case No. 20-CR-239

[18 U.S.C. §§ 922(g)(1), 924(a)(2), 924(c), & 3147; 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

---

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about November 24, 2020, in the State and Eastern District of Wisconsin,

**AHMAD R. JOHNSON,
aka AIMARASHA JOHNSON,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Ruger P93DC 9mm handgun bearing serial number 306-21445.

3. At the time, the defendant was on release pursuant to an order dated January 10, 2020, from United States Magistrate Judge William E. Callahan, Case No. 19-CR-230, which notified the defendant of the potential effect of committing an offense while on pretrial release.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 3147(1).

2

Case 2:20-cr-00239-BHL   Filed 12/15/20   Page 2 of 5   Document 1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.  On or about November 24, 2020, in the State and Eastern District of Wisconsin,

**AHMAD R. JOHNSON,
aka AIMARASHA JOHNSON,**

knowingly and intentionally possessed with intent to distribute: a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance; and a mixture and substance containing marijuana, a Schedule I controlled substance.

2.  At the time, the defendant was on release pursuant to an order dated January 10, 2020, from United States Magistrate Judge William E. Callahan, Case No. 19-CR-230, which notified the defendant of the potential effect of committing an offense while on pretrial release.

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C), and Title 18, United States Code, Section 3147(1).

3

Case 2:20-cr-00239-BHL   Filed 12/15/20   Page 3 of 5   Document 1

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about November 24, 2020, in the State and Eastern District of Wisconsin,

**AHMAD R. JOHNSON,
aka AIMARASHA JOHNSON,**

unlawfully and knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Two of this Indictment, to wit: a Ruger P93DC 9mm handgun bearing serial number 306-21445.

2. At the time, the defendant was on release pursuant to an order dated January 10, 2020, from United States Magistrate Judge William E. Callahan, Case No. 19-CR-230, which notified the defendant of the potential effect of committing an offense while on pretrial release.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 3147(1).

## FORFEITURE NOTICE

1. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c) set forth in Counts One and Three of this Indictment, the defendant, Ahmad R. Johnson, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1) and 924(c), including, but not limited to: a Ruger P93DC 9mm (SN#306-21445) pistol.

2. Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1) and 856(a)(2) set forth in Count Two of this Indictment, the defendant, Ahmad R. Johnson, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all property of the defendant constituting or derived from any proceeds obtained as a result of the offense, and all property of the defendant used or intended to be used to commit or facilitate the commission of the offense, including, but not limited to: approximately $1,225.00 in United States currency seized from the residence located at XXXX North 58th Street, Milwaukee, Wisconsin, on or about November 24, 2020.

A TRUE BILL:

FOREPERSON

Date: December 15, 2020

MATTHEW D. KRUEGER
United States Attorney