# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AHMAD R. JOHNSON, <br><br> Defendant. | Case No. 20-CR-239-JPS <br><br> **ORDER** |

On December 15, 2020, the Grand Jury returned a three-count indictment (the "Indictment") charging Defendant with violations of 18 U.S.C. §§ 922(g)(1), 924(a)(2) and (c)(1)(A)(i), 3147(1), and 21 U.S.C. § 841(a)(1) and (b)(1)(C). (Docket #1). The Government also filed a one-count information (the "Information") in which it charged Defendant with violations of 21 U.S.C. § 841(a)(1) and (b)(1)(C). (Docket #13). On June 23, 2021, the parties entered into a plea agreement indicating that Defendant agreed to plead guilty to Count Three of the Indictment and the one count within the Information. (Docket #14). Therein, the Government agreed to dismiss the remaining counts of the Indictment. (*Id.* at 3).

On July 16, 2021, the parties appeared before Magistrate Judge Nancy Joseph for a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #16). Defendant pleaded guilty to Count Three of the Indictment and the one count within the Information. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary and that the offenses charged were

supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #18 at 1).

Thereafter, Magistrate Judge Joseph filed a Report and Recommendation, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), Magistrate Judge Joseph advised the parties that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*). To date, neither party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection(s) thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #18) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 9th day of August, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge